# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

SHARON M. WOOTEN,

        Plaintiff,

v.                              CASE NO.  4:04cv177-RH/WCS

BOARD OF TRUSTEES,
FLORIDA A&M UNIVERSITY,
et al.,

        Defendants.

_____/

## ORDER CONTINUING TRIAL

      Trial of this matter is continued until a date to be set on adequate notice after entry of a ruling on defendant's pending motion for summary judgment.

      SO ORDERED this 14th day of July, 2005.

                                  s/Robert L. Hinkle_____
                                  Chief United States District Judge